UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LAQUATRIA DANN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 6:14CV-049 |
| MEADOWS REGIONAL MEDICAL CENTER, INC., | ) |
| Defendant, | ) |

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** with prejudice. The Clerk is directed to close this case.

**SO ORDERED** this ____ day of January 2015.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia